### 10015.   HOLLIMAN *v.* THE STATE.

BROYLES, P. J.   The verdict of voluntary manslaughter was authorized by the statement of the accused, and there is no merit in the special grounds of the motion for a new trial.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED NOVEMBER 7, 1918.

Conviction of manslaughter; from Warren superior court—Judge Walker.   July 16, 1918.

·M. L. Felts, for plaintiff in error.

R. C. Norman, solicitor-general, contra.